TREG TAYLOR
ATTORNEY GENERAL

Eugene F. Hickey (Alaska Bar No. 9909048)
State of Alaska
Department of Law
P.O. Box 110300
Juneau, AK 99811-0300
Telephone: (907) 465-6713
Facsimile: (907) 465-2520
Email: gene.hickey@alaska.gov

Attorney for Plaintiff State of Alaska, DCCED, Division of Investments

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF COMMERCE, COMMUNITY AND ECONOMIC DEVELOPMENT, DIVISION OF INVESTMENTS, <br><br> Plaintiff, <br><br> v. <br><br> FV MARSHA ANN (Official No. 907753), In Rem; JACOB G. RODRIGUEZ, In Personam, <br><br> Defendants. | **IN ADMIRALTY** <br><br> **VERIFIED COMPLAINT FOR FORECLOSURE OF FIRST PREFERRED SHIP MORTGAGE AGAINST THE FV MARSHA ANN, IN REM; AND FOR MONIES OWED AGAINST JACOB G. RODRIGUEZ, IN PERSONAM** <br><br> Case No.: |

The State of Alaska, Department of Commerce, Community and Economic Development, Division of Economic Development alleges:

1. This is a case within the admiralty and maritime jurisdiction of this Court under 28 U.S.C. § 1333, 46 U.S.C. § 31325, Federal Rule of Civil Procedure 9(h), and

Article III, § 2 of the United States Constitution, to foreclose a first preferred ship mortgage and for monies owing.

2.	Plaintiff is the State of Alaska, Department of Commerce, Community and Economic Development, Division of Investments, formerly the Division of Economic Development ("State"). The defendant vessel, FV MARSHA ANN (Official No. 907753), is presently within the District of Alaska, dry docked in Ketchikan, in the custody and care of State. Defendant, Jacob G. Rodriguez ("Rodriguez") is the owner and master of the FV MARSHA ANN (Official No. 907753), and Rodriguez is the borrower under promissory note issued to the State, and, on information and belief, resides within the District of Alaska.

3.	On June 11, 2014, Rodriguez duly executed and delivered to the State a promissory note by which he promised to pay the State the principal sum of $100,000.00 together with interest at the rate of five and one quarter percent (5.25%) per year (the "Note" or the "Loan") and the Note had a maturity date of January 1, 2029. A copy of the Note is attached as Exhibit 1.

4.	On, February 29, 2016, Rodriguez duly executed and delivered to the State a Modification Agreement ("2016 Modification Agreement") by which the Loan was amended to provide for a new maturity date of January 1, 2030; outstanding interest of $2,2124.24 and accrued interest as of February 8, 2016, of $355.00. At the time of the 2016 Modification Agreement, the outstanding principal balance of the Loan was $95,526.15 and it was to be amortized at 5.25% per year until maturity. The 2016 Modification Agreement required Rodriguez to make annual payments of principal and

SOA, DCCED, v. Rodriguez                                                                                       Case No.
Verified Complaint for Foreclosure                                                                                    Page 2 of 8
Case 1:23-cv-00004-JMK-MMS        Document 1        Filed 06/09/23      Page 2 of 9

interest of $10,263.00 beginning on January 1, 2017, and to continue making those annual payments to maturity or when the Loan was paid in full, whichever was to occur first. All other terms of the Loan remained in full force and effect. A copy of the 2016 Modification Agreement is attached as Exhibit 2.

5. On, June 28, 2021, Rodriguez duly executed and delivered to the State a Modification Agreement ("2021 Modification Agreement") by which the Loan was amended to provide for a new maturity date of January 1, 2031; additional outstanding interest of $2,2124.24, in addition to deferred interest balance of $1,350.80 and accrued interest as of January 30, 2021, of $409,00. At the time of the 2021 Modification Agreement, the outstanding principal balance of the Loan was $83,307.31.15 and it was to be amortized at 5.25% per year until maturity. The 2021 Modification Agreement required Rodriguez to make annual payments of principal and interest of $11,330.00 beginning on January 1, 2022, and to continue making those annual payments to maturity or when the Loan was paid in full, whichever was to occur first. All other terms of the Loan remained in full force and effect. A copy of the 2021 Modification Agreement is attached as Exhibit 3.

6. On , March 15, 2022, Rodriguez duly executed and delivered to the State a Modification Agreement ("2022 Modification Agreement") by which the Loan was amended to provide for a new maturity date of January 1, 2032; outstanding interest in the amount of $1,938.99 was added to the principal balance of the loan resulting in a new outstanding principal balance of $85,246.30 and deferred interest now had a balance of $4,113.34 to be amortized over the extended 10 year term. At the time of the 2022

SOA, DCCED, v. Rodriguez  Case No.
Verified Complaint for Foreclosure  Page 3 of 8
Case 1:23-cv-00004-JMK-MMS   Document 1   Filed 06/09/23   Page 3 of 9

Modification Agreement, the outstanding principal balance of the Loan was to be amortized at 5.25% per year until maturity. The 2021 Modification Agreement required Rodriguez to make annual payments of principal and interest of $11,175.00 and deferred interest payments of $412.00 beginning on January 1, 2023, and to continue making those annual payments to maturity or when the Loan was paid in full, whichever was to occur first. All other terms of the Loan remained in full force and effect. A copy of the 2022 Modification Agreement is attached as Exhibit 4.

7. To secure payment of the Loan, on June 12, 2014, Rodriguez duly executed and delivered to the State a first preferred ship mortgage upon the FV MARSHA ANN (Official No. 907753), together with all her boilers, engines, machinery, masts, spars, sails, rigging, boats, anchors, chains, cable, tackle, apparel, furniture, fittings, equipment, and all other appurtenances, whether then owned or after acquired, whether on board or not, and all additions, improvements, and replacements to the vessel. At the time the first preferred ship mortgage was made, the FV MARSHA ANN (Official No. 907753) was a vessel documented under the laws of the United States. A copy of first preferred ship mortgage is attached as Exhibit 5.

8. The first preferred ship mortgage was recorded on June 24, 2014, at the Department of Homeland Security, United States Coast Guard, National Vessel Documentation Center in Falling Waters, West Virginia, in accordance with 46 U.S.C. § 12101, et seq. All the acts required to be done by statute to give the first preferred ship mortgage the status of a preferred mortgage was duly performed or caused to be performed by the State, including endorsement of the first preferred ship mortgage

SOA, DCCED, v. Rodriguez  Case No.
Verified Complaint for Foreclosure  Page 4 of 8
Case 1:23-cv-00004-JMK-MMS   Document 1   Filed 06/09/23   Page 4 of 9

upon the vessel's documents in accordance with 46 U.S.C. § 31321-31322. A copy of the Abstract of Title for the FV MARSHA ANN (Official No. 907753) dated May 1, 2023, is attached as Exhibit 6.

9. To further secure payment of the secure payment of the Loans, on June 16, 2014, Rodriguez duly executed and delivered to the State a security agreement which created a security interest on behalf of the State in the FV MARSHA ANN (Official No. 907753) and all gear, equipment, electronics, and additions thereto attached, then owned or thereafter acquired. A copy of security agreement is attached as Exhibit 7.

10. On April 11, 2023, the State forwarded its Notice of Default to Rodriguez advising him he was in default on the Loan and the steps he needed to take to cure said default. A copy of the State's April 11, 2023, letter is attached as Exhibit 8.

11. The State, through the Attorney General's office, thereafter, also forwarded certified mail to Rodriguez advising him of the default and that he needed to take corrective action to avoid further penalties and that the State was prepared to foreclose upon the FV MARSHA ANN (Official No. 907753). A copy of the Attorney General's letter and the signed green card verifying restricted delivery receipt by Rodriguez is attached as Exhibit 9.

12. The Note provides that in the event of a default, the State can accelerate all monies due and owing to be immediately due and payable. Rodriguez is in default of the terms and conditions of the Note and first shop preferred mortgage, and the State has accelerated all sums due and owing.

13. There is now due and owing on the 2014 Loan the principal balance of $95,844.75 plus interest and other charges as shown on statement on account attached hereto as Exhibit 10.

14. The first preferred ship mortgage expressly provides that proceeds of the sale of the FV MARSHA ANN (Official No. 907753) are to be applied first to all expenses and charges, including the expense of any sale; the expenses of any retaking; attorney's fees; court costs; and any other expenses or advances made or incurred by the State in the protection of its rights or the pursuance of its remedies. These expenses and charges include procurement of insurance coverage on the vessel, repairs to the vessel, and other such matters as Rodriguez is obligated to provide. Expenses and charges also include costs incurred by the State in preparing the vessel for sale, such as travel costs to inspect the vessel, and for commission of a marine survey on the vessel. The proceeds are to be applied secondly to the payment in full of promissory note and all other sums promissory note secures; the payment of all damages, liquidated or otherwise; and the payment of interest on all such amounts.

15. Pursuant to the terms of the promissory note, first preferred ship mortgage, and the security agreement, the State can recover costs and attorney's fees incurred in collection of its debt if Rodriguez defaults, which has occurred here.

WHEREFORE, the State requests judgment against the FV MARSHA ANN (Official No. 907753), <u>in rem</u> and against Rodriguez, <u>in personam</u>, as follows:

1. That this Court authorize the Clerk of Court to issue to the U.S. Marshal a warrant for arrest and seizure, if necessary, against the FV MARSHA ANN (Official No.

907753), in accordance with Supplemental Rule C of the Federal Rules of Civil Procedure and Local Admiralty Rules (b)(2) and (e)(4), and that the MARSHA ANN (Official No. 907753) be arrested and detained in the U.S. Marshal's custody, or in the custody of a substitute custodian upon further order of this Court.

2. That all persons claiming an interest in the MARSHA ANN (Official No. 907753) be cited to appear and answer this Complaint, and that the interest of such persons be foreclosed and forever barred.

3. That the first preferred ship mortgage for the Note be foreclosed and that the MARSHA ANN (Official No. 907753) be condemned and sold in the manner provided by law to pay first the demands and claims of the State under the first preferred ship mortgage. The demands and claims of the State include all costs of suit, including, but not limited to attorney's fees incurred in this proceeding; U.S. Marshal's fees; and custodial and moorage or storage fees on the MARSHA ANN (Official No. 907753). The State also demands and claims the principal sum, interest, and other allowed costs owing as of the date of foreclosure, including any travel expenses incurred for arrangements for safekeeping of the vessel. The State also demands and claims post judgment costs and attorney's fees in accordance with the applicable statutes.

4. That the State be adjudged the holder of the first preferred ship mortgage on the MARSHA ANN (Official No. 907753) for the payment of the sums due, including costs and attorney's fees, and that this Court declare the lien of the State's first preferred ship mortgage to be superior to all other liens which may exist against the MARSHA ANN (Official No. 907753).

5. That at the sale of the MARSHA ANN (Official No. 907753), the State be permitted to bid, without cash deposit, up to the amount of its judgment, and that, in the event that the State's bid is the highest and best bid received, the amount of its bid be credited to the judgment and to pursue a deficiency money judgment against Rodriguez, with any and all interests subordinate to the State's preferred ship mortgage be foreclosed and extinguished.

6. That the State be awarded a judgment <u>in personam</u> in its favor and against defendant Jacob G. Rodriguez in the amount of any deficiency remaining after the application of the proceeds of the sale of the MARSHA ANN (Official No. 907753).

7. That the State be awarded such further relief as is just and proper.

DATED: June 9, 2023.

                TREG TAYLOR
                ATTORNEY GENERAL

By:   */s/ Eugene F. Hickey*
      Eugene F. Hickey (AK Bar No. 909048)
      State of Alaska
      Department of Law
      P.O. Box 110300
      Juneau, AK 99811-0300
      Telephone: (907) 465-6713
      Facsimile: (907) 465-2520
      Email: gene.hickey@alaska.gov

SOA, DCCED, v. Rodriguez    Case No.
Verified Complaint for Foreclosure    Page 8 of 8
Case 1:23-cv-00004-JMK-MMS    Document 1    Filed 06/09/23    Page 8 of 9

## VERIFICATION

STATE OF ALASKA            )
                           ) ss.
FIRST JUDICIAL DISTRICT    )

Lacey Jergins, being first duly sworn, deposes and says:

That I am the Collection Supervisor for the Plaintiff, State of Alaska, Department of Commerce, Community, and Economic Development, Division of Investments and in charge of the collection of the account which is the basis of this complaint. I have reviewed records maintained by the Plaintiff in the ordinary course of business. I am authorized to make this Verification on behalf of the State of Alaska. I have read the foregoing complaint, know the contents thereof, and that the same is true to the best of my knowledge based on my review of contemporaneous or nearly contemporaneous business records maintained by State.

DATED this _30_ day of May 2023.

_Lacey Jergins, Collection Supervisor_

SUBSCRIBED AND SWORN TO before me this _30th_ day of May 2023.

**STATE OF ALASKA**
**NOTARY PUBLIC**
**CHASE HEATH**
My Commission Expires With Office

_Chase Heath_
Notary Public in and for Alaska
My commission expires: _will office_