TREG TAYLOR
ATTORNEY GENERAL

Eugene F. Hickey (Alaska Bar No. 1805042)
State of Alaska
Department of Law
PO Box 110300
Juneau, AK 99811-0300
Telephone: (907) 465-3600
Facsimile: (907) 465-2520
Email: gene.hickey@alaska.gov

*Attorney for Plaintiff, State of Alaska*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF COMMERCE, COMMUNITY AND ECONOMIC DEVELOPMENT, DIVISION OF INVESTMENTS,<br><br>Plaintiff,<br><br>v.<br><br>FV MARSHA ANN (Official No. 907753), In Rem; JACOB G. RODRIGUEZ, In Personam,<br><br>Defendant. | **MOTION FOR DEFAULT JUDGMENT**<br><br>IN ADMIRALTY<br><br>Case No.: 1:23-CV-00004 JMK |

The State of Alaska, Department of Commerce, Community and Economic Development ("State of Alaska") pursuant to 46 U.S.C. 31325, Federal Rules of Civil Procedure Rule 55(b) and Supplemental Rule C, and Local Admiralty Rule (c)(4), moves:

1. For an in rem judgment against the defendant vessel Marsha Ann (Official No. 907753) as demanded in the State of Alaska's complaint to foreclose the State's first preferred ship mortgage.

2. That the F/V Marsha Ann be sold to the highest bidder by the United States Marshal and that the State of Alaska be authorized to bid any amount up to the amount of its judgment at the sale.

3. That the State of Alaska be permitted to bid any amount up to the amount of its judgment and that the bid be treated by the Marshal as the equivalent of a cash deposit if the State is the highest bidder at the sale.

4. That any proceeds of the sale be deposited in the registry of the court pending a final decree of distribution.

5. That the State of Alaska be allowed to include the additional interest; marshal fees; custodial fees and costs for maintenance; presentation and sale of the vessel; attorney fees and costs from the date filing its motion for default judgment through the conclusion of the foreclosure and sale proceedings herein.

6. That the court enter a personal monetary judgment in favor of the State of Alaska, Department of Commerce, Community and Economic Development and against the Defendant, Jacob G. Rodriguez, in the principal amount of $84,970.71 together with accrued interest in the amount of $6,612.00, costs and expenses including legal fees in the amount of $10,371.38, deferred interest in the amount of $4,114.34, and late charges in the amount of $558.75 for a total in personam judgment of $106,626.18.

*SOA, DCCED, Div. of Investments v. Rodriguez*     Case No.: 1:23-CV-00004 JMK
MOTION FOR DEFAULT JUDGMENT     Page 2 of 4
Case 1:23-cv-00004-JMK-MMS     Document 7     Filed 09/21/23     Page 2 of 4

In support of this motion, the State of Alaska notes that:

1. This is an action to foreclose the State of Alaska's preferred ship mortgage on the F/V Marsha Ann (Official No. 907753).

2. Copies of the complaint and summons were served on the Defendant, Jacob G. Rodriguez, by personal service hand delivery on July 7, 2023 as verified by the affidavit of service filed in this action on September 8, 2023.

3. The State of Alaska has no knowledge of any other person having or claiming an interest in the vessel. The abstract of title is attached as Exhibit 6 to the Verified Complaint filed on June 9, 2023.

4. More than twenty days have passed since the filing of the complaint in this action and neither the owner nor any other person has answered in rem allegations of the complaint or filed a claim against the F/V Marsha Ann.

5. The F/V Marsha Ann is indebted to the State of Alaska in the manner alleged in the State's complaint and as more fully set out in the affidavit of Yvonne Fink which accompanies this motion as Exhibit "A".

6. The Defendant, Jacob G. Rodriguez, is personally indebted to the State of Alaska in the amount of $106,626.18 as alleged in the Verified Complaint and as more fully set forth in the affidavit of Yvonne Fink, which accompanies this motion as Exhibit "A".

*SOA, DCCED, Div. of Investments v. Rodriguez*  Case No.: 1:23-CV-00004 JMK
MOTION FOR DEFAULT JUDGMENT  Page 3 of 4
Case 1:23-cv-00004-JMK-MMS   Document 7   Filed 09/21/23   Page 3 of 4

THEREFORE, the State of Alaska respectfully requests that the court grant its motion for default judgment in rem against F/V Marsha Ann (Official No. 907753) and Order of Sale and in personam against the Defendant, Jacob G. Rodriguez, as requested herein.

DATED: September 21, 2023.

TREG TAYLOR
ATTORNEY GENERAL

By: /s/ *Eugene F. Hickey*
Eugene F. Hickey
Senior Assistant Attorney General
Alaska Bar No. 1805042
Department of Law
PO Box 110300
Juneau, AK 99811-0300
Phone: (907) 465-6713
Facsimile: (907) 465-2520
Email: gene.hickey@alaska.gov
Attorney for Plaintiff, State of Alaska

**Certificate of Service**
I certify that on September 21, 2023 the foregoing **Motion for Default Judgment** and the **Memorandum of Law in Support of Motion for Default Judgment** were served via USPS First Class Mail on the following:

Jacob G. Rodriguez
10607 NE 113th Ave
Vancouver, WA 98662

/s/ *Eugene F. Hickey*
Senior Assistant Attorney General

*SOA, DCCED, Div. of Investments v. Rodriguez*     Case No.: 1:23-CV-00004 JMK
MOTION FOR DEFAULT JUDGMENT     Page 4 of 4
Case 1:23-cv-00004-JMK-MMS    Document 7    Filed 09/21/23    Page 4 of 4